DEBORAH M. SMITH
Acting United States Attorney

J. THOMAS BARTLESON
Special Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6513/6510
Fax: (907) 353-6501
MT Bar: 6009

Attorneys for the Plaintiff

**RECEIVED**

APR 2 7 2006

CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**CRYSTAL GAYE SMITH,**<br><br>　　Defendant | Case Number F06 0022 CR<br><br>**COUNT I**<br>Officer or employee of United States converting property of another<br>(Class A Misdemeanor)<br>Violation of 18 U.S.C. § 654 |

## INFORMATION

The United States Attorney Charges:

### COUNT I

That between on or about the 14th day of February 2005 and on or about 9th day of May 2005, at or about the Main Post Shoppette, on Fort Wainwright, Alaska, a military reservation acquired for the use of the United States and under the concurrent jurisdiction thereof, in the District of Alaska, the defendant, CRYSTAL GAYE SMITH, an employee of the Army and Air Force Exchange Service, did wrongfully convert to her own use the money of another which

came into her possession or under her control in the execution of her employment by the Army and Air Force Exchange Service, in the estimated value of about Seven Thousand One Hundred-Fifty Dollars and no cents ($7,150.00), in violation of 18 U.S.C. § 654.

Dated this _27th_ day of _April_, 2006, at Fairbanks, Alaska.

          Respectfully submitted,

          DEBORAH M. SMITH
          Acting United States Attorney

          J. THOMAS BARTLESON
          Special Assistant U.S. Attorney
          101 12th Avenue, Room 310
          Fairbanks, Alaska 99701
          Telephone: (907)353-6513/6510
          Fax:(907)353-6501
          MT Bar: 6009