## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   CRYSTAL GAYE SMITH

THE HONORABLE TERRANCE W HALL

DEPUTY CLERK                                        CASE NO.  4:06-cr-00022-TWH

Tina J Grothause

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**         DATE: May 9, 2006

    Summons issued by the court in the above case has been returned unexecuted. Arraignment set for **June 1, 2006 at 10:00 a.m.** is hereby **vacated**. The government is directed to provide the court with an appropriate address for the defendant or file a status report within 30 days. Arraignment will be reset and summons reissued upon clerk's receipt of this address.

[]{UNEXSUM.WPD*Rev.2/9}