**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

```
UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )
                             )   Case No. 4:06-cr-00022-TWH
v.                           )
                             )
Crystal Gayle Smith,         )
                             )
          Defendant.         )
_____)
```

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(d)(1)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_ The court has granted the motion of the government for dismissal with/without prejudice;
\_\_ The court has granted the motion of the defendant for a Judgment of Acquittal;
\_\_ A jury has been waived, and the court has found the defendant NOT GUILTY;
\_\_ The jury has returned its verdict, finding the defendant NOT GUILTY;
 X  (Other reason, or reasons, if any);Lack of Prosecution of the offense(s) of Officer or Employee of United States Converting Property of Another as charged in count(s) 1 of the Information.

**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

**DATED** at Fairbanks , Alaska, this 10th day of July,2006.

                                    /s/ TERRANCE W. HALL
                                 TERRANCE W. HALL
                                 United States Magistrate Judge

[]{DISCHARG.WPD*Rev.2/97}